**Opinion issued April 10, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00849-CV

_____

**MELVIN RAYMOND SCHIELD, JR., Appellant**

**V.**

**DIANNA LEE SCHIELD, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 62712**

---

**MEMORANDUM OPINION**

Appellant, Melvin Raymond Schield, Jr., perfected an appeal from the trial court's judgment signed on August 10, 2012. The trial court clerk filed the clerk's record on March 4, 2013. The court reporter filed the reporter's record on June 14,

2013. Appellant's brief, therefore, was due to be filed no later than July 15, 2013. *See* TEX. R. APP. P. 4.1(a), 38.6(a). This Court granted appellant's motion for extension of time to file his brief, extending the due date to October 14, 2013. *See* TEX. R. APP. P. 38.6(d).

On October 18, 2013, after appellant failed to timely file a brief, the Clerk of this Court notified appellant that he had failed to timely file a brief and that failure to file a brief by October 28, 2013 could lead to dismissal of this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b). The Clerk of this Court notified appellant at his address at the Pam Lychner State Jail, 2350 Atascosita Road, Humble, Texas 77396. This notice was returned to the Court, and the Court was informed that appellant had been released and that the notice could not be forwarded.

Accordingly, because appellant has not filed a brief or responded to the Court's notice, and has not provided us with any other address or means of contacting him, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.